**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email:   matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT, IN
AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>Plaintiff,<br><br>vs.<br><br>ZAMBA L.L.C., a Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-279-CW-EJF<br><br>Judge Clark Waddoups |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on September 28, 2017 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

DATED the 29th day of September, 2017

                                           DISTRICT COURT

                                           _____
                                           Clark Waddoups
                                           U.S. District Court Judge